OPINION — AG — SUBJECT MATTER: COURT OF COUNCILIATION, HAVING GREATER THAN 200,000 POPULATION. WOULD, IF OTHERWISE CONSTITUTIONAL, BE A VALID GENERAL LAW WITHIN THE MEANING OF THAT PART OF ARTICLE V, SECTION 59 OF STATE CONSTITUTION. * * * HERE DAVID HALL STATES HIS OPINION REGARDING THE LAW. CITE: ARTICLE VII, SECTION 1 ARTICLE V, SECTION 32, ARTICLE V, SECTION 46, ARTICLE V, SECTION 59 (FRED HANSEN)